UNITED STATES DISTRICT COURT
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 09-886 (JLL) |
| vs. | |
| MICHAEL J. MANZO, et al. | **Order for Modification Conditions of Bail** |
| Defendant. | |

**THIS MATTER** having come before the Court on the application of defendant Michael J. Manzo (by Stacy Ann Biancamano, Arleo, Donohue & Biancamano, L.L.C.) for modification of the conditions of bail, and the United States (by Sandra Moser, Assistant United States Attorney) consenting to the entry of the Order and United States Pretrial Services (by Elizabeth Austin, United States Pretrial Services Officer) having consented thereto; and for good cause shown;

IT IS on this 21st day of April, 2010;

**HEREBY ORDERED** that defendant's bail be modified as follows:

1. The requirement that Mr. Manzo's travel be restricted is hereby modified to allow the defendant to travel to Aruba from May 17 to May 20, 2010 to celebrate his wife's 50th birthday.

2. The Court directs Pretrial Services to return Mr. Manzo's passport for travel purposes. Mr. Manzo is further directed to return his passport to Pretrial Services within 24 hours of his return to the United States.

3. All other conditions shall remain in full force and effect.

_____
Honorable Jose L. Linares
United States District Judge